UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KHALIL JENNINGS,

Plaintiff,

-against-

Correction Sgt. MELVEN DURHAM, et al.,
Defendants.

No. 9:24-CV-611 (DNH/DJS)

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated and agreed by and between Plaintiff Khalil Jennings and Defendants Melven Durham, Brad Delaney, Michael Osborn, Nicholas Fleury, Christopher Chase, and Jared Miller, by and through their respective counsel, as follows:

1. All claims against Defendant Counselor J. Clark in the above-entitled action are hereby dismissed with prejudice, and Plaintiff's Second Cause of Action (which was pled against Defendant Counselor J. Clark only) is hereby dismissed without prejudice, without costs to any party as against the others.
2. For avoidance of doubt, this stipulation does not dismiss or otherwise affect Plaintiff's claims against Defendants Melven Durham, Brad Delaney, Michael Osborn, Nicholas Fleury, Christopher Chase, and Jared Miller in the First Cause of Action, which remain pending for trial, subject to the parties' May 1, 2026 stipulation.

Dated: June 18, 2026

KAUFMAN LIEB LEBOWITZ
& FRICK LLP

By: /s/ *David A. Lebowitz*
David A. Lebowitz
Alison Frick
18 East 48th Street, Suite 802
New York, New York 10017
(212) 660-2332
dlebowitz@kllflaw.com

LETITIA JAMES
New York State Attorney General
Attorney for Defendants
The Capitol
Albany, New York 12224-0341

By: /s/ *Lauren R. Rosenberg*
Lauren R. Rosenberg
Assistant Attorney General, of Counsel
Bar Roll No. 700641
(518) 776-2619
Lauren.Rosenberg@ag.ny.gov

**IT IS SO ORDERED:**

Elizabeth C. Coombe
U.S. District Judge

Dated: June 24, 2026
Syracuse, NY